UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT FRENCH,
an individual,

        Plaintiff,

v.

NEWREZ LLC,
d/b/a SHELLPOINT MORTGAGE
SERVICING,
a foreign limited liability company,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation, and
EQUIFAX INFORMATION SERVICES LLC,
a foreign limited liability
company,

        Defendants.
_____/

Case No.: 2:24-cv-00835-SPC-KCD

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES LLC**

Plaintiff, ROBERT FRENCH (hereinafter, "Plaintiff"), and Defendants, EQUIFAX INFORMATION SERVICES LLC (hereinafter, "Equifax"), NEWREZ LLC, d/b/a SHELLPOINT MORTGAGE SERVICING, and EXPERIAN INFORMATION SOLUTIONS, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the *Dismissal, with Prejudice, of Equifax,* with court costs and attorneys' fees to be paid by the party incurring the same.

Dated: February 4, 2025

| | |
|---|---|
| **SWIFT LAW PLLC**<br><br>*/s/ Jon P. Dubbeld*<br>Jon P. Dubbeld, Esq., FBN 105869<br>11300 4th Street N, Ste. 260<br>St. Petersburg, FL 33716<br>Phone: (727) 490-9919<br>Fax: (727) 255-5332<br>jdubbeld@swift-law.com<br>jmurphy@swift-law.com<br>*Counsel for Plaintiff* | */s/ Maria Helena Ruiz*<br>Maria Helena Ruiz, Esq.<br>Florida Bar No. 182923<br>KASOWITZ BENSON TORRES LLP<br>1441 Brickell Avenue, Suite 1420<br>Miami, FL 33131<br>Telephone: (786) 587-1044<br>MRuiz@Kasowitz.com<br>*Attorney for Defendant Experian Information Solutions, Inc.* |
| */s/ Eric M. Levine*<br>Eric M. Levine, Esq.<br>Florida Bar No. 64357<br>ATLAS SOLOMON, PLLC<br>819 SW Federal Highway, Ste. 301<br>Stuart, FL 34994<br>(772) 247-0157 (telephone)<br>(772) 419-8067 (Facsimile)<br>elevine@atlas-solomon.com<br>*Counsel for Defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing* | */s/ Jason Daniel Joffe*<br>Jason Daniel Joffe, Esq.<br>Florida Bar No. 013564<br>SQUIRE PATTON BOGGS (US) LLP<br>200 S. Biscayne Blvd., Suite 3400<br>Miami, FL 33131<br>Telephone: (305) 577-7000<br>Facsimile: (305) 577-7001<br>*Counsel for Defendant Equifax Information Services LLC* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 4, 2025, I filed a true and correct copy of the above and foregoing *Joint Stipulation for Dismissal with Prejudice as to Defendant Equifax Information Services LLC* via CM/ECF and will serve a copy of the same to counsel of record for all parties.

                                              */s/ Jon P. Dubbeld*
                                              Attorney